IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY RYLEE, et al.,

        Plaintiffs,                CIV-S-05-0250 DFL GGH PS

    vs.

HUMBOLDT COUNTY
BOARD OF SUPERVISORS, et al.,

        Defendants.             <u>ORDER</u>

        Plaintiffs, proceeding in this action pro se, have requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302(21), pursuant to 28 U.S.C. § 636(b)(1).

        Before the court could rule on plaintiffs' request to proceed in forma pauperis, they filed a "Request for Default Judgment" on May 4, 2005, apparently citing to the California Code of Civil Procedure for support. The court hereby vacates plaintiffs' "Request for Default Judgment" noting that defendants have not yet been served with a copy of the complaint. Furthermore, the court directs plaintiffs' attention to the fact that the Federal Rules of Civil Procedure govern matters before this court.

        Nonetheless, plaintiffs have submitted affidavits making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

1

The determination that plaintiffs may proceed in forma pauperis does not complete the required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case at any time if it determines the allegation of poverty is untrue, or the action is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against an immune defendant.  The court cannot make this determination on the present record.  Therefore, the court reserves decision on these issues until the record is sufficiently developed.

Good cause appearing, IT IS ORDERED that:

1. Plaintiffs' "Request for Default Judgment" is vacated.

2. Plaintiffs' request for leave to proceed in forma pauperis is granted.

3. The Clerk of the Court is directed to file the lodged complaint and open this matter as a civil action, to be referred to by the case number stamped on page one of this order.

4. The Clerk of the Court is directed to issue summons forthwith pursuant to Fed. R. Civ. P. 4.

5. The Clerk of the Court shall send plaintiffs 4 USM-285 forms, one summons, a copy of the complaint, a form for consent to a magistrate judge, and this court's status order.

6. Plaintiffs are directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process.  Plaintiffs are advised that the court anticipates that, to effect service, the U.S. Marshal will require at least:

    a. One completed summons;

    b. One completed USM-285 form for each defendant (Humboldt County, Humboldt County Board of Supervisors, Humboldt County Sheriff's Department, and Gary Phillips);

    c. A copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal; and

    d. A copy of this court's status order for each defendant.

1       7. The U.S. Marshal is directed to serve process and a copy of this court's status

2 order, within ninety days of receipt of the required information from plaintiff, without

3 prepayment of costs.  In the event the U.S. Marshal is unable, for any reason whatsoever, timely

4 to effectuate service on any defendant, the Marshal is directed to report that fact, and the reasons

5 for it, to the undersigned.

6       8. The Clerk of the Court is directed to serve a copy of this order on the U.S.

7 Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

8 DATED: 6/10/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mb
Rylee0250.ifp