IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY RYLEE, et al.,

     Plaintiffs,                    No. CIV S-05-0250 DFL GGH PS

     vs.

HUMBOLDT COUNTY

BOARD OF SUPERVISORS, et al.,

     Defendants.               <u>ORDER</u>

_____/

        Plaintiff Smiley J. Harris, one of the plaintiffs proceeding in this action pro se, has requested a "continuance." This proceeding was referred to this court by Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

        Before the court is plaintiff Smiley J. Harris' "Request for Continuance" filed with the court on June 16, 2005. Plaintiff requests that the court "continue" the above-captioned matter until "plaintiff's release from custody" with the Lake County Sheriff. Plaintiff asserts that he must serve sixty days in Lake County Jail, and requests this "continuance" pursuant to Federal Rule of Civil Procedure 6(b), so that he will not be "prejudiced" by failure to prosecute the above-captioned action.

\\\\\

Federal Rule of Civil Procedure 6(b) provides that a court may enlarge time for required acts in certain circumstances. With regard to this action, it appears that the only act required at this stage in the proceeding is for plaintiffs to effect service of process on defendants, per this court's order of June 13, 2005. By that order, plaintiffs were to provide the U.S. Marshal by June 28, 2005, with all information needed to effect service of process on defendants. The court has been unable to ascertain whether or not plaintiffs have complied with this order. There are two other plaintiffs in this action besides Smiley J. Harris. Accordingly, Mr. Harris is not prejudiced by his recent incarceration and alleged inability to proceed in this action. Furthermore, the court observes that plaintiff Harris' request for a "continuance" in another action (2:05CV00068 DFL CMK) referenced in this request and based on the same circumstances of plaintiff's incarceration has been withdrawn because plaintiff "no longer "possesses good cause for the continuance."[1]

Accordingly, plaintiff's request for an enlargement of time is DENIED.

DATED: 7/11/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mb
Rylee250.ord

---

[1] Judicial notice may be taken of court records. Valeerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978), aff'd 645 F.2d 699 (9th Cir. 1981), cert. denied, 454 U.S. 1126 (1981).